IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05CR250-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| JOE HOWARD SNYDER, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on counsel for the Defendant's "Motion To Strike Arrest Warrant" (document #4) filed November 2, 2005. For the reasons stated therein, and there being no objection from the U.S. Attorney's Office, the Motion is hereby **GRANTED**; that is, the Warrant for the arrest of the Defendant is hereby **STRICKEN.**.

The Clerk is directed to set this case for an initial appearance at a time that is agreeable with both defense counsel Charles R. Brewer) and the Assistant U.S. Attorney handling this case; and to send copies of this Order to counsel for the parties.

**SO ORDERED.**.

**Signed: November 4, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge