IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:05CR250

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JOE HOWARD SNYDER, )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Terminate Probation. On March 7, 2006, Defendant pled guilty pursuant to a written Plea Agreement with the Government to one count of willfully destroying, defacing, changing, and removing a Government line of survey, survey witness trees, tree blazes and survey monuments, in violation of 18 U.S.C. § 1858 (Count Two), and one count of knowingly constructing, placing or maintaining a structure or other improvement on National Forest System lands or facilities without a special use authorization, contract, or approved operating plan, in violation of 36 C.F.R. § 261.10(a) (Count Three). On August 14, 2006, this Court sentenced Defendant to one year of probation on each count, to run concurrently. However, the Court noted in its Judgment that if Defendant "complie[d] with all aspects of this judgment and counsel reports to the Court defendant has complied then probation will be terminated." Specifically, and among other conditions set by the Court, Defendant was ordered to remove the portion of his structure that encroaches upon the U.S. Forest Service land within thirty days from August 14, 2006, and pay specific monetary penalties and restitution. Judgment was entered on August 18, 2006.

Defendant now asks the Court to terminate his probation, advising the Court that he has

fully complied with all terms and conditions of his probation, including removing the portion of the structure that encroached upon government land and paying all monetary penalties and restitution. Defendant further advises the Court that the Government does not oppose his Motion.

Therefore, for the reasons stated in Defendant's Motion, for good cause shown, and with the consent of the Government, the Court will terminate Defendant's term of probation.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Terminate Probation is hereby **GRANTED**. Defendant's term of probation, as outlined in the Judgment filed August 18, 2006, is hereby terminated.

The Clerk is directed to send copies of this Order to Defense Counsel, the United States Attorney, and the United States Probation Office.

Signed: October 6, 2006

Richard L. Voorhees
United States District Judge